ROBERT G. SPARROW, Respondent, v. JACK STEIN and Others, Defendants.

BELNORD APARTMENT CORPORATION, JOHN H. CARPENTER, ALLEN L. HAWSE and CHAUNCEY F. KINGSLEY, Respondents, and LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.